1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SANDRA LOPEZ,

Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

No.  1:15-CV-3069-FVS

ORDER FOR REMAND

The parties filed a stipulated motion for remand. (**ECF No. 19**.) After consideration, IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to further analyze the opinion evidence from Dr. Larson and Dr. Burdge; to reevaluate plaintiff's credibility; to reevaluate plaintiff's ability to perform past relevant work and obtain vocational expert testimony as needed; and if plaintiff is found not able to return to past relevant work, to continue to step five of the sequential evaluation process.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g). Upon proper

ORDER - 1

presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED February 24, 2016.

                               *s/Fred Van Sickle*
                                  Fred Van Sickle
                     Senior United States District Judge

ORDER - 2