UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA LOPEZ, | |
| Plaintiff, | No.   1:15-cv-03069-FVS |
| v. | JUDGMENT IN A |
| CAROLYN W. COLVIN, | CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  February 24, 2016

SEAN F. McAVOY
Clerk of Court

By: *s/Shelly Koegler*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE