UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA LOPEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | No. 1:15-CV-3069-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 22, 28 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on June 22, 2016, ECF No. 28, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 22, be granted**.** Defendant does not object to the amount requested.  ECF No. 27.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 28,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 22,** is **ADOPTED in its entirety**.

1 |     2.    The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

    DATED July 19, 2016.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
